WILLIAM L. PETTY, JR.

*v.*

STATE OF ILLINOIS.

*Opinion filed April 27, 1921.*

RESPONDEAT SUPERIOR—*Little* v. *State, supra, followed.* This case is similar to that of *Little* v. *State, supra,* and the decision of the Court as announced in that case governs this case.

Edward J. Brundage, Attorney General, for State.

The claimant, William L. Petty, Jr., was employed as a guard, or keeper, at the penitentiary at Joliet; that while in charge of a detail of seventeen convicts unloading gravel from a railroad car in the yard of the penitentiary, a convict by the name of Moore attacked the claimant with a knife, which he had concealed in his hand, and in the attack the claimant was cut from the back of his neck around to the cheek bone on the left side of the face, leaving an ugly scar six or eight inches long. And it appears from the evidence that the scar is made in such a manner that no one can shave him without nicking him on the healed wound.

It is the opinion of this Court that the doctrine of *respondeat superior* is not applicable to the State, and that the State in conducting the State penitentiary exercises a governmental function and is not liable for injuries to those in attendance in said institution or to those in its employ. Therefore, the Court finds that there is no legal liability against the State of Illinois under this claim. However, the Court recommends, under the circumstances of this case, if the Legislature sees fit to waive the legal defenses of the State, it would be an act of justice to appropriate not to exceed ten hundred dollars ($1,000.00) as relief and compensation for all injuries sustained by claimant in this action.